IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN KENNETH JONES, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.  2:11cv870-TMH<br>(WO) |

**OPINION and ORDER**

On April 16, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 20). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's abandonment of his claims, his failure to comply with the orders of the court, and the lack of merit to his claims.

A separate order will issue.

Done this the 22nd day of May, 2013.

　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE